IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| REMI DEMBLANS DECHANS, through her parents, LIISA DEMBLANS DECHANS, as parent, guardian and individually, and EMMANUEL DEMBLANS DECHANS, as parent, guardian and individually,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, a/b/n BLUE CROSS BLUE SHIELD OF MONTANA; and JOHN/JANE DOES I-XX,<br><br>　　　Defendants. | CV 23–105–M–DLC<br><br><br>ORDER |

Before the Court is Defendant's motion for the admission of attorney Dianna C. Wyrick of Reed Smith LLP, *pro hac vice*, in the above-captioned matter. (Doc. 14.) It appears that Daniel J. Auerbach of Browning, Kaleczyc, Berry & Hoven, P.C. will serve as local counsel in this matter. (*Id.* at 2.) Ms. Wyrick's application (Doc. 14-1 at 1–4.) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

1

Accordingly, IT IS ORDERED that the motion (Doc. 14) is GRANTED on the condition that Ms. Wyrick does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Ms. Wyrick shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Wyrick files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 31st day of October, 2023.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court