IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| REMI DEMBLANS DECHANS, through her parents, LIISA DEMBLANS DECHANS, as parent, guardian and individually, and EMMANUEL DEMBLANS DECHANS, as parent, guardian and individually,<br><br>  Plaintiffs,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, a/b/n BLUE CROSS BLUE SHIELD OF MONTANA; and JOHN/JANE DOES I-XX,<br><br>  Defendants. | CV 23–105–M–DLC<br><br><br>ORDER |

Before the Court is Defendant's motion for the admission of attorney Rebecca R. Hanson of Reed Smith LLP, *pro hac vice*, in the above-captioned matter. (Doc. 28.) It appears that Daniel J. Auerbach of Browning, Kaleczyc, Berry & Hoven, P.C. will serve as local counsel in this matter. (*Id.* at 3.) Ms. Hanson's application (Doc. 28-1.) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

1

Accordingly, IT IS ORDERED that the motion (Doc. 28) is GRANTED on the condition that Ms. Hanson does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Ms. Hanson shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Hanson files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 12th day of September, 2024.

_____
Dana L. Christensen, District Judge
United States District Court