IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| REMI DEMBLANS DECHANS, through her parents, LIISA DEMBLANS DECHANS, as parent, guardian and individually, and EMMANUEL DEMBLANS DECHANS, as parent, guardian and individually,<br><br>Plaintiffs,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, A MUTAL LEGAL RESERVE COMPANY, a/b/n/ BLUE CROSS BLUE SHIELD OF MONTANA; and JOHN/JANE DOES I-XX,<br><br>Defendants. | CV 23–105–M–DLC<br><br><br>ORDER |

Defendant Health Care Service Corporation, a Mutual Legal Reserve Company, doing business in Montana as Blue Cross Blue Shield of Montana ("BCBSMT"), having filed Motions for Leave to File Under Seal (Docs. 50, 54), and good cause appearing therefor,

IT IS ORDERED that BCBSMT's Unopposed Motions for Leave to File Under Seal (Docs. 50, 54) are GRANTED. Exhibits F, G, H, I, K, L–T, X, Y, and BB to BCBSMT's Motion for Summary Judgment, and Exhibits B, F, G, I, and J

1

to BCBSMT's Motion to Exclude the Expert Testimony of Cori M. Zavada, J.D

are DEEMED FILED.

DATED this 29th day of October, 2024.

_____

Dana L. Christensen, District Judge
United States District Court