IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| REMI DEMBLANS DECHANS, through her parents, LIISA DEMBLANS DECHANS, as parent, guardian and individually, and EMMANUEL DEMBLANS DECHANS, as parent, guardian and individually,<br><br>  Plaintiffs,<br><br>  vs.<br><br>HEALTH CARE SERVICE CORPORATION, A MUTAL LEGAL RESERVE COMPANY, a/b/n/ BLUE CROSS BLUE SHIELD OF MONTANA; and JOHN/JANE DOES I-XX,<br><br>  Defendants. | CV 23–105–M–DLC<br><br><br>ORDER |

   Before the Court is Defendant Health Care Service Corporation's ("HCSC") Unopposed Motion for Leave to File Under Seal. (Doc. 100.) Through the Motion, HCSC requests leave to file twelve exhibits (Docs. 101–112) under seal due to the confidential and sensitive nature of the information contained within them. (*Id.* at 2–3.) The Court agrees that the exhibits should be sealed.

   Accordingly, IT IS ORDERED that the Motion (Doc. 100) is GRANTED. The exhibits (Docs. 101–112) are DEEMED FILED and will remain under seal

1

unless unsealed by further order of the Court.

DATED this 19th day of November, 2024.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court