IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| REMI DEMBLANS DECHANS, through her parents, LIISA DEMBLANS DECHANS, as parent, guardian and individually, and EMMANUEL DEMBLANS DECHANS, as parent, guardian and individually,<br><br>Plaintiffs,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, a/b/n BLUE CROSS BLUE SHIELD OF MONTANA; and JOHN/JANE DOES I-XX,<br><br>Defendants. | CV 23–105–M–DLC<br><br>ORDER |

Before the Court is Defendants' motion for the admission of attorney Bryan M. Webster of Reed Smith LLP, pro hac vice, in the above-captioned matter. (Doc. 141.) Mr. Webster's application (Doc. 141-1.) does not comply with this Court's Local Rules governing the admission of counsel pro hac vice. L.R. 83.1(d). Specifically, Mr. Webster fails to declare whether he has concurrently or within two years made any pro hac vice application to this court. *See* L.R. 83.1(d)(4)(H).

1

Accordingly, IT IS ORDERED that the motion (Doc. 141) is DENIED WITHOUT PREJUDICE.

DATED this 6th day of February, 2025.

_____
Dana L. Christensen, District Judge
United States District Court