IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| REMI DEMBLANS DECHANS, through her parents, LIISA DEMBLANS DECHANS, as parent, guardian and individually, and EMMANUEL DEMBLANS DECHANS, as parent, guardian and individually,<br><br>  Plaintiffs,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, a/b/n BLUE CROSS BLUE SHIELD OF MONTANA; and JOHN/JANE DOES I-XX,<br><br>  Defendants. | CV 23–105–M–DLC<br><br><br>ORDER |

Before the Court is Defendants' amended motion for the admission of attorney Bryan M. Webster of Reed Smith LLP, pro hac vice, in the above-captioned matter. (Doc. 143.) It appears that Daniel J. Auerbach of Browning, Kaleczyc, Berry & Hoven, P.C. will serve as local counsel in this matter. (*Id.* at 2–33.) Mr. Webster's application (Doc. 143-1.) complies with this Court's Local Rules governing the admission of counsel pro hac vice. L.R. 83.1(d).

1

Accordingly, IT IS ORDERED that the motion (Doc. 143) is GRANTED on the condition that Mr. Webster does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Webster shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Webster files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 7th day of February, 2025.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court