IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| REMI DEMBLANS DECHANS, through her parents, LIISA DEMBLANS DECHANS, as parent, guardian and individually, and EMMANUEL DEMBLANS DECHANS, as parent, guardian and individually,<br><br>Plaintiffs,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, a/b/n BLUE CROSS BLUE SHIELD OF MONTANA; and JOHN/JANE DOES I-XX,<br><br>Defendants. | CV 23–105–M–DLC<br><br><br>ORDER |

Plaintiffs filed a Petition for Order Approving and Authorizing Compromise of Minor's Claims ("Petition"), (Doc. 160), to approve and authorize the compromise of a minor's claim, as it relates to Plaintiff Remi Demblans Dechans, who was a minor at the time of the filing of the Complaint, at the time of the mediation, and at the time of settlement. (*See* Petition, Doc. 160.) Plaintiffs Emmanuel and Liisa Demblans Dechans are the natural parents of Plaintiff Remi Demblans Dechans and cohabitate with Remi in the family home in Missoula.

1

The Petition also asked for the Court's approval the *Settlement Agreement and Release*, attached as Exhibit 1 to the Petition, the allocations as set forth in the Petition and the *Settlement Agreement and Release*, for the Court's approval for each of the Plaintiffs and their counsel to sign the *Settlement Agreement and Release* and for the Court's approval to disburse the funds as described in the Petition.

A hearing was held before the Court on July 30, 2025. Present at the hearing were Plaintiffs Emmanuel Demblans Dechans, Liisa Demblans Dechans, Remi Demblans Dechans, and their counsel, Daniel Buckley and Jonathan McDonald. Also in attendance was Defendant's counsel, Daniel Auerbach. Testimony was offered in support of the settlement and its terms, and the proposed allocations to each of the Plaintiffs after deducting fees and costs.

The Petitioners having filed their unopposed Petition, a hearing having been held with testimony, Defendant having no objection, and good cause appearing, the Court HEREBY ORDERS as follows:

1. The global settlement is authorized and ratified;

2. The allocations to each Plaintiff of the global settlement, as stated in Petition and the *Settlement Agreement and Release,* is approved;

3. Each Plaintiff and their counsel is authorized to sign the *Settlement Agreement and Release*; and

4. Plaintiffs and their counsel are authorized to disburse the settlement monies as set forth in the Petition and the *Settlement Agreement and Release*, and the Court grants permission for Plaintiffs and their counsel to revise the allocation by the additional attorney fees, up to $2,384.24.

DATED this 30th day of July, 2025.

                                                       Hon. Dana L. Christensen
                                                     United States District Court Judge