IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| REMI DEMBLANS DECHANS, through her parents, LIISA DEMBLANS DECHANS, as parent, guardian and individually, and EMMANUEL DEMBLANS DECHANS, as parent, guardian and individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, a/b/n BLUE CROSS BLUE SHIELD OF MONTANA; and JOHN/JANE DOES I-XX,<br><br>    Defendants. | CV 23–105–M–DLC<br><br><br>ORDER |

Before the Court is the Parties' Joint Stipulation for Dismissal with Prejudice. (Doc. 163.) Through the Stipulation, the Parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own fees and costs. (*Id.* at 1.)

Accordingly, IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE, with each party to bear their own fees and costs.

DATED this 15th day of September, 2025.

_____
Dana L. Christensen, District Judge
United States District Court